IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO. 4:03cr60-SPM

SHARON SHERMAN HALL
a/k/a SHARON P. SHERMAN,

     Defendant.
_____/

### ORDER CONTINUING VIOLATION OF SUPERVISED RELEASE HEARING

For good cause shown, Defendant's Motion to Continue Violation of Supervised Release Hearing (doc. 35) is granted. The hearing is rest for 1:30 p.m. on March 17, 2008, at the United States Courthouse in Tallahassee, Florida.

DONE AND ORDERED this 15th day of February, 2008.

           *s/ Stephan P. Mickle*
           Stephan P. Mickle
           United States District Judge