IN THE UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

      v.                                         Case No.  4:03CR60-001

SHARON SHERMAN HALL
_____/

**ORDER MODIFYING CONDITIONS OF SUPERVISION
AND SETTING STATUS CONFERENCE**

This matter came before the Court on a petition alleging that the defendant violated the conditions of her supervised release as outlined in Probation Form 12C filed on January 29, 2008.

The matter was heard on March 18, 2008, and the Court found that the defendant violated the terms and conditions of her supervised release.

IT IS HEREBY ORDERED that the defendant be continued on supervised release with the following modifications:

> **The defendant shall pay restitution in monthly installments of $100 starting April 1, 2008.**
>
> **The defendant shall apply for child support.**

All other terms and conditions previously imposed shall remain in full force and effect. Defendant shall appear before this Court at **1:30 p.m. on June 16, 2008**, to report on the status of her restitution payments and efforts to obtain child support.

DONE AND ORDERED this 21st  day of March, 2008.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge