# IN THE UNITED STATES DISTRICT COURT FOR
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA )
)
    v. )     Docket No. 4:03CR60-001
)
SHARON HALL )

## O R D E R

This matter is before the Court on a petition alleging that the defendant violated the conditions of her supervised release as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on January 18, 2011.

The defendant entered a plea of not guilty to the violation as outlined in the Petition; however, the Court finds that the defendant did not make a good faith effort to pay restitution as ordered.

**IT IS HEREBY ORDERED** that given the defendant's financial condition, the best interest of the public would be served by terminating her supervised release. Accordingly, the Defendant is hereby DISCHARGED.

**DONE AND ORDERED** this 29th day of March, 2011, nunc pro tunc March 21, 2011.

*s/ Stephan P. Mickle*
STEPHAN P. MICKLE
CHIEF UNITED STATES DISTRICT JUDGE